UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM IZA | Case No. 3:25-cr-30 (SVN)(SDV)<br><br>August 17, 2026 |

GOVERNMENT'S MOTION FOR A CONTINUANCE

The Government requests a short continuance of the sentencing as to the above defendant and an extension of time to file the Government's sentencing memorandum. The memorandum is due on August 20, 2026, and the sentencing currently is scheduled for August 27 at 10 AM. Counsel requests a date of September 1, 2026 for the filing of the Government's memorandum, and a sentencing date of September 8.

The reason for the requested extension is the death of undersigned counsel's mother, which just occurred. Accordingly, counsel needs some time to attend to family matters.

Defense counsel has no objection to the requested extension and continuance.

.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/*Karen L. Peck*

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT14959
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/Karen L. Peck*__________
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY