# United States District Court for the District of Connecticut

Case Number: 3:25CR00030(SVN)

UNITED STATES OF AMERICA

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

## NOTICE OF APPEAL

ADAM IZA

*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that Adam Iza in the above-
**List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☑ final judgment entered in this action on 09/10/2026
*Date Entered*

OR

☐ order #( _____ ) entered in this action on __________ described as:
*Date Entered*

| |
|---|
| |

*(Provide a brief description of the decision in the order/judgment)*

09/14/2026
*Date*

*Signature*

Paetzold, William
*Name (Last, First, MI)*

2230 Main Street, Glastonbury, CT 06033
*Address* *City* *State*

860-657-2230
*Telephone*

bill@paetzoldlawgroup.com
*E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22